UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*December 03, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**ANTHONY MICHAEL SHAFFER**,

Defendant.

Case No.   **4:25-cr-00654**

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

**(Armed Career Criminal/Felon in Possession of a Firearm)**

On or about October 2, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**ANTHONY MICHAEL SHAFFER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Ruger brand, Security-9 model, nine-millimeter, semiautomatic pistol, and said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF PRIOR CONVICTIONS

It is further alleged that the Defendant,

**ANTHONY MICHAEL SHAFFER,**

before he committed the offense charged in Count One of this Indictment, had at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another:

1

(1) On or about May 29, 2003, in the 78th District Court of Texas, case number 943023, Defendant was convicted of *Aggravated Robbery by Use of Deadly Weapon (Firearm)*, against R.B., for conduct on or about February 18, 2003, in violation of Texas Penal Code Section 29.03(a)(2), a felony.

(2) On or about May 29, 2003, in the 78th District Court of Texas, case number 942815, Defendant was convicted of *Aggravated Robbery by Use of a Deadly Weapon (Firearm)*, against M.P., for conduct on or about March 11, 2003, in violation of Texas Penal Code Section 29.03(a)(2), a felony.

(3) On or about May 29, 2003, in the 78th District Court of Texas, case number 942619, Defendant was convicted of *Aggravated Robbery by Use of a Deadly Weapon (Firearm)*, against A.M., for conduct on or about March 17, 2003, in violation of Texas Penal Code Section 29.03(a)(2), a felony.

(4) On or about December 28, 2016, in the United States District Court for the Southern District of Texas, case number 14CR0018, Defendant was convicted of *Brandishing a Firearm in Furtherance of a Crime of Violence*, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

In violation of Title 18, United States Code, Section 924(e)(1).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(e)(1) as charged in Count One, is subject to forfeiture, including, but not limited to, the following: a Ruger brand, Security-9 model, nine-millimeter, semiautomatic pistol with accompanying magazine and ammunition.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

BY: _____
Tanja Titre
Assistant United States Attorney